# EXHIBIT A

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MCGIP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-30, <br><br> Defendants. | No. C-11-03680 HRL <br><br> **DECLARATION OF BRETT L. GIBBS IN SUPPORT OF ADMINISTRATIVE MOTION FOR A CONTINUANCE** |

**DECLARATION OF BRETT L. GIBBS IN SUPPORT OF**
**ADMINISTRATIVE MOTION FOR A CONTINUANCE**

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. Immediately following the Court's August Order, the subpoenas were served on the ISPs as provided for in the Order.

3. As alluded to in Plaintiff's Motion for Administrative Relief for Leave to Continue Initial Case Management Conference (ECF No. 9), a stipulation provided under Local Rules 7-11(a)

and 7-12 could not be obtained because the Doe Defendants in this case were unidentifiable at the time of this Motion.

4. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: September 20, 2011.**

By: ____/s/ Brett L. Gibbs,_____