1 | Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
2 | 38 Miller Avenue, #263
Mill Valley, CA 94941
3 | 415-325-5900
blgibbs@wefightpiracy.com
4
5 | *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MCGIP, LLC, | ) | No. C-11-03680 HRL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| DOES 1-30, | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On September 20, 2011, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for October 11, 2011, is continued to **Tuesday February 21, 2012, at 1:30 p.m. on the 5th Floor in Courtroom 2 of the San Jose Federal Court.**

DATED:_____                    _____
                                                                               Howard R. Lloyd
                                                                   United States Magistrate Judge