Court Case: MCGIP, LLC (the 'plaintiff') v Does 1-30 {Court Case No. C11-03680 HRL}

Charter Case #: 11-3371

Court: United States District Court for the Northern District of California, San Jose Division

Copyrighted work: Unknown

Identifying Information: Accountholder Name, Address(es), Telephone Number, email address, Modem MAC Address

Charter Communications Customer

12405 Powerscourt Drive St. Louis. Mo 63131

Date: 10/02/2011

Ladies and gentleman:

Currently I am customer of Charter communications and have received a subpoena stating a third party known as, MCGIP LLC is trying to obtain my information. It has been noted I can send in an anonymous letter advising that I request that none of my information be shared with any third party affiliates whatsoever. I request confirmation that my request has been granted in relation to civil action # 5:11-cv-03680-HRL , Re: Docket No. 6. Again, this is a formal letter requesting that my information not be disclosed in any court in relation to these allegations.

You may send confirmation to the listed above address with charter communications.

Respectfully,


Charter communications Customer