1  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| MCGIP, LLC, | ) No. C-11-03680 HRL |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S NOTICE** |
| v. | ) **TO THE COURT ADDRESSING** |
| | ) **OCTOBER 2, 2011 LETTER** |
| DOES 1-30, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE TO THE COURT ADDRESSING OCTOBER 2, 2011 LETTER**

Plaintiff MCGIP, LLC, by and through its undersigned counsel, hereby submits this response to the letter received by the Court on October 11, 2011 (the "Letter"). After its filing of a notice of dismissal in this case, Plaintiff ceased all discovery activity in this matter. In light of the Letter, Plaintiff's counsel has provided supplemental notice to the ISP identified in the Letter to confirm that no activities are occurring with respect to this dismissed action.

///

///

///

///

Respectfully Submitted,

STEELE HANSMEIER PLLC,

**DATED: October 12, 2011**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*